

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 20, 2024

___

**FOX, IMES & CROSBY, LLC**
Troy Fox, Esq.
Nevada Bar No. 11127
601 S. 10th St., Suite 202
Las Vegas, NV 89101
(702) 382-1007
info@FICLegal.com
tfox@FICLegal.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 23-14371-NMC |
| Leo Harold Santoro, | Chapter: 13 |
| Debtor. | |
| Stephanie Santoro aka Stephanie D. Gentry, | Adv. Case No. 24-01004-NMC |
| Plaintiff, | Hearing Date: May 16, 2024 |
| vs. | Hearing Time: 9:30 a.m. |
| Leo Harold Santoro, | |
| Defendant. | |

### Order On Defendant's Motion to Dismiss Plaintiff's Adversary Complaint

This matter having come before this Court on the above captioned date and time, the appearance of Counsel for the Plaintiff and Defendant having been noted on the

-1-

record, and after reviewing the pleading and papers on file, the arguments of counsel at the hearing, and with good cause appearing the Court enters the following:

IT IS ORDERED: The Defendant's Motion to Dismiss the 11 U.S.C. §523(a)(2)(A) portion of the complaint is DENIED, as the Court determines that the Plaintiff has alleged sufficient facts in the complaint for a plausible claim at this point in the proceedings;

. IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss the Claim under §523(a)(5) is Granted, as the Plaintiff did not alleged sufficient facts in the complaint for a plausible claim at this point in the proceedings;

IT IS FURTHER ORDERED, that the Plaintiff has until June 6th to Amend her complaint, should she choose to do so;

IT IS FURTHER ORDERED that the Defendant will have until June 27, 2024, to file its Answer or other responsive pleading to any amended Complaint which may be filed by the Plaintiff.

IT IS SO ORDERED

| Fox, Imes & Crosby, LLC | Law Offices of Shawanna L. Johnson, Esq. |
|---|---|
| /s/ Troy S. Fox<br>Troy S. Fox<br>Nevada Bar No. 11127<br>Attorney for Debtor/Defendant | /s/ Shawanna Johnson<br>Shawanna L. Johnson, Esq.<br>Nevada Bar #12791<br>Attorney for Plaintiff |

Fox, Imes, & Crosby, LLC
601 S. 10th St. Suite 202, Las Vegas, NV 89101
Ph: (702) 382-1007 Fax (702) 382-1921